UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM GROSS,

                Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-4515 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff, appearing *pro se*, brings this action alleging that Defendants violated his rights in connection with housing. For the following reasons, the complaint is dismissed.

    Plaintiff has submitted to this Court a substantially similar complaint that is pending under case number 20-CV-4340 (CM). Because this complaint raises the same claims against the same defendants, no useful purpose would be served by the further litigation of this duplicate lawsuit. Therefore, this action is dismissed without prejudice to Plaintiff's pending action under case number 20-CV-4340 (CM).[1]

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. Plaintiff's complaint is dismissed without prejudice as duplicative. All other pending matters are terminated.

---

[1] Should Plaintiff wish to add new defendants, allegations, or claims, he may seek to amend the complaint in the pending case in compliance with Rule 15 of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  June 25, 2020
        New York, New York

                                                    _____
                                                    COLLEEN McMAHON
                                                    Chief United States District Judge