Abraham Gross
Pro Se Plaintiff
agross2@gmail.com
917 673 1848

## Re: Order of Dismissal in Case number 1:20-cv-04515-CM

June 26, 2020

The Hon. Justice Colleen McMahon
Chief United States District judge
Southern District of New York State
500 Pearl Street
New York, NY 10007-1312

Dear Hon. Chief Justice,

Everything that follows is written with humility and respect.

Respectfully, the order of dismissal issued yesterday in case 1:20-cv-04515-CM is, respectfully, based on a fatal clerical error. It would be an extraordinary injustice to allow for this mistake to be ratified. I am pleading with Your Honor to recognize what has transpired, and to reverse the Honorable Court's dismissal order.

The dismissal order states that case 1:20-cv-04515-CM is dismissed since I had previously filed "the same claims against the same defendants" in case 20-CV-4340 (CM). Your Honor, respectfully, this assertion is crushing. I never filed case 20-CV-4340 (CM). I saw the number 20-CV-4340 (CM) for the first time in the dismissal order. Case number 1:20-cv-04515-CM is the correct number that was assigned to the complaint I filed. Case number 1:20-cv-04515-CM is the case for which I received multiple notifications. Case 1:20-cv-04515-CM was the case number I called about politely asking whether there was any update. Furthermore, Case 1:20-cv-04515-CM is substantially different from 20-CV-4340 (CM). As two examples, 20-CV-4340 (CM) lacks a cause of action and a prayer for relief.

Furthermore, 20-CV-4340 (CM) was never processed as a complaint. I never received a single notification for case number 20-CV-4340 (CM). 20-CV-4340 (CM) was based on an early draft, was never signed, never acknowledged, and never intended to be a formal complaint. Critically, it lacked basic initiation documents. Case 20-CV-4340 (CM) was created based on an unsigned early draft of an email that was sent weeks ago, prior to being evicted for a third time during the coronavirus, and which was never obviously not intended to be a final complaint. Furthermore, respectfully, the following Monday, I called the pro se office, and was specifically reassured that my prior email was null and void since it lacked the basic papers that are required for a complaint to be processed. Respectfully, it is disturbing to even consider how this email could evolve post-facto into a formal complaint, when it lacked the most basic documents that are a prerequisite to filing a complaint. Respectfully, Your Honor, 20-CV-4340 (CM), seems to have been *revived post facto* to dissolve the complaint in case 1:20-cv-04515-CM, which respectfully, I put in my heart and soul into writing, and respectfully, begs for judicial remedy. For all these reasons, respectfully, 20-CV-4340 (CM) is the case that should be dismissed.

Furthemore, respectfully, by clear and convincing evidence, the prior proceedings that took place in the Honorable Supreme Civil Court Part 56 ("the Court"), were corrupted. Due process and judicial impartiality were set aside so pervasively, it mocked the lowest conceivable standard of integrity. As one example, the case was steered toward this Court. As another example, a gag order was issued to bar incriminating evidence of corruption, pursuant to which the Court released an unlawfully property interest it held for thirty-five years. For a partial list of further examples substantiating this truth, please see Appellation Division NYSCEF 2019-04206 Dockets #27, #36, #37, and #9. Alongside the general perversion of justice by way of aborgaring fundamental fairness, these proceedings featured many sub-elements of injustice. One of the most crippling sub-elements was the sickening manner in which the Clerk's office admitted it supports the Defenedents and the active measures of sabotage at every turn. This is still happening as these words are written. In my most recent example, the Clerk's office declared that my appeal was dismissed even though all parties agreed to enlarge the time to perfect. In another example, the Clerk's office intervened after proceedings had concluded to change a final, signed order in ex-parte communication with the opposing party and the judge. For these reasons, when I learned of the Your Honor's dismissal order, please kindly recognize the injustice and helplessness endured.

Furthemore, respectfully for the past 485 days, the Defendants cruel and unusual conduct has inflicted on me indescribable harm- worst of all- the prolonged homelessness during the coronavirus, despite the existence of dozens of apartments for which I am eligible- even according to the Defendants perverted calculations (as a referral from a homeless shelter and due to the changes in affordable housing regulations since the coronavirus). By clear and convincing Evidence, a network of city executives and co-conspirators ("Defendants") have turned NYC's affordable-housing lottery process ("the Process") into a criminal enterprise featuring the embezzlement of public property, fraud, and falsification of records. The Evidence proves the Scam to be motivated by (a) insatiable greed of public officials sworn to protect the integrity of the Process (b) a racially-discriminatory selection Process, targeting non-Hispanic applicants.

On March 30, 2020, the Defendants announced they had rejected 99% of the applicants to Waterline Square. Based on public records and affidavits of residents living in Waterline Square, the vast majority of "lottery winners" are egregiously unqualified. I am begging Your Honor to recognize why the case I made for temporary, limited mandamus is inexpressibly-warranted.

As an aggrieved, law-abiding, God-fearing, qualified applicant who was unjustly tortured in the interests of greed, discrimaition, and as this harm pertains to affordable housing I am appealing to leadership, integrity, and disdain for public corruption. Please don't turn a blind eye to a heinous crime of corruption and fraud that has destroyed my life solely for the interests of greed and discrimiantion.


Prayerfully,

Abraham Gross

## Volunteers of America™
### Greater New York
65 Charles Gay Loop, Wards Island, NY 10035
Phone: 212-369-8900

**Date: 9/27/19**

This is to introduce **Abraham Gross** who is currently a Resident at the Schwartz Assessment Men's Shelter; He has been a resident at Schwartz since, **9/24/19**. The Shelter is located at 65 Charles Gay Loop, Ward's Island, New York, N.Y. 10035.

**IDENTIFYING DATA:**

**CARES: 2151221**

**BED #    1- 289**

**D.O.B:    12/19/81**

**S.S. #:    XXX-XX-5166**

As Resident in the shelter, client receives Lodging services, Toiletries, Three meals a day and Case Management services. Please let this resident's letter serve as a referral letter to Housing Preservation Development (HPD). Thank you for your cooperation and assistance with regards to this client; if there is any other information that is required or need please feel free to contact me.

Respectfully yours,

CM Rodolfo Rivera
65 Charles Gay Loop, Wards Island, NY 10035 (Office 24)
Phone: 212-369-8900, Ext #6532

https://www.kingscountypolitics.com/city-relaxes-roadblocks-for-affordable-housing-lottery/

≡  **Kings County Politics**    NEWS ˅    GET INVOLVED ˅    COMMUNITY    PODCAST    ABOUT ˅    ** SUBSCRIBE **



**HOUSING**

# *City Relaxes Roadblocks For Affordable Housing Lottery*

 By Chaya Gurkov

Posted on April 22, 2020



The city's Department of Housing Preservation Development (HPD) along with the Housing Development Corporation (HDC) this week relaxed measures for city residents looking for affordable housing through its **Housing Connect lottery,** KCP has learned.

The easing of restrictions come as there has been a lot of speculation that in order to get called for one of the apartments one had to know somebody, and/or that a good many of the "affordable" apartments are beyond the AMI (Area Medium Income) band financial reach of working- and lower-middle-class New Yorkers.

But in a memo from the HPD and HDC marketing team to real estate trade insiders, the city announced the changes.



"We are pleased to introduce new changes to the Housing Connect lottery process, aimed at moving New Yorkers into stable, affordable housing as quickly as possible, during the COVID crisis and beyond.  We are committed to working with developers and marketing agents to expedite the leasing of developments, while maintaining a clear, consistent process and strong protections for applicants.  Thank you for your process recommendations, which helped to shape

SECTIONS    SEARCH

# DAILY●NEWS

**SUBSCRIBE**
SALE: $1 FOR 3 MONTHS

**LATEST CORONAVIRUS UPDATES IN NYC AND AROUND THE WORLD**

'She is crying like a little b----': Cruel couple tossed 6-year-old's belongings out ... 

Howard Stern mocks the 'wisdom' of Donald Trump Jr.: 'You can't argue with a geni... 

'How does this happen?' asks Queens woman after finding abandoned girl, 6, at busy... 

'Needs our prayers': Security camera captured man's near-fatal beating of ex-girlfriend... 


From the TUNNEL TO TOWERS FOUNDATION and America's Artist SCOTT LOBAIDO

**CORONAVIRUS**

# New York City sees at least 76 homeless people die of coronavirus

 By ANNA SANDERS
NEW YORK DAILY NEWS    |    MAY 18, 2020    |    5:49 PM

    

**Michel Acevedo, current resident in affordable housing unit at Waterline Square, also lives in a rent stabilized apartment at 126 W 83 Street, and in affordable unit at 66 W 94, where the entire building is owned and managed by HPD. Previously lived in a building 3521 Deklab Ave- where all 72 units are rent stabilized. This is an outrageous violation of the HPD Handbook. Upon information and belief, Mr. Acevedo is another Waterline Square hispanic applicant given preferential treatment and the right to violate HPD regulations.**

# Michel Acevedo #831, Waterline Square



**WATERLINE SQUARE CURRENT AFFORDABLE HOUSING APARTMENT**

FILED: APPELLATE DIVISION - 1ST DEPT 04/02/2020 09:08 PM

NYSCEF DOC. NO. 21

2019-04206

RECEIVED NYSCEF: 04/02/2020

Breaking Ground/Waterline Square
330 West 42nd Street, 14th Floor
New York, NY 10036

6/10/2019

Abraham Gross
40 West 77st
10C
New York, NY 10024

Re:   Waterline Square
675 West 59th Street | 400 West 61st Street | 645 West 59th Street
New York, NY, 10023
Log #: __5695__

Dear Applicant:
We received your application for residency in the project indicated above. Based on the
guidelines for eligibility for this project, your application has been rejected for the following
reason(s):

____   1. Upon        complete review, your income and/or household size does not meet
the
        **guidelines.**  *See attached income eligibility chart.*

        Your household income: _____

        Your household size:  _____

____   2.    Your income does not demonstrate a continuing need.
            ☐ Assets
            ☐ Property Ownership
            ☐ Gift Income
            ☐ Other:

____   3.    Criminal background check:

__X__  4.    Your application and/or documentation has been found to include
inconsistent

        information.

____   5.    Failure to schedule an eligibility appointment or failure to attend a
scheduled and
            confirmed appointment.

ENGLISH REJECTION NOTICE

FILED: APPELLATE DIVISION - 1ST DEPT 04/02/2020 09:08 PM
NYSCEF DOC. NO. 20

2019-04206

RECEIVED NYSCEF: 04/02/2020

Breaking Ground/Waterline Square
1359 Broadway, 9th Floor
New York, NY 10018

Date: <u>6/20/2019</u>

Abraham Gross
40 West 77th Street
Apt 10C
New York, NY 10024

Re:     Waterline Square
        675 West 59th Street | 400 West 61st Street | 645 West 59th Street
        New York, NY, 10023
        Log #:   <u>  5695  </u>

Dear Applicant:
We received your application for residency in the project indicated above. Based on the guidelines for eligibility for this project, your application has been rejected for the following reason(s):

<u>  X  </u>     **1. Upon complete review, your income and/or household size does not meet the Guidelines.** *See attached income eligibility chart.*

                        Your household income:   <u>  $16,379.58  </u>
                        Your household size:   <u>   1   </u>
Extreme Reach- $498.65/6= $83.1083333333*12= $997.30
Net from self-employment- $2,627.66
Unemployment Benefit- $12,754.62

__     **2.     Your income does not demonstrate a continuing need.**

                Assets

        ☐       Property Ownership

        ☐       Gift Income

        ☐       Other:

___     **3.     Criminal background check:**

____     **4.     Your application and/or documentation has been found to include inconsistent Information.**

ENGLISH REJECTION NOTICE

 



Breaking Ground/Waterline Square
330 West 42nd Street, 14th Floor
New York, NY 10036

Date:  _7/3/19_____

Abraham Gross
40 West 77th Street
Apt 10C
New York, NY 10024

Re:     Waterline Square
        675 West 59th Street | 400 West 61st Street | 645 West 59th Street
        New York, NY, 10023
        Log #:__5695_____

Dear Applicant:

We received your appeal of the rejection of your application for residency in the project indicated above. We have conducted an additional review of your application with the new information you provided. Unfortunately, based on the guidelines for eligibility for this project, your application has been rejected for the following reason(s):

_X__     **1.**     **Your income and/or household size does not meet the guidelines.**
                    *See attached income eligibility chart.*

                    Your household income:  __$16,379.58_____

                    Your household size:  __1___

                    **Extreme Reach**: $498.65/6 = $83.10833 X 12 = $997.30
                    **Net from Self-employment**: $2,627.66
                    **Unemployment**: $12,754.62
                    **Gift Income**: $0 (proof of receipt of income for at least 6 months was not provided)

___      **2.**     **Your income does not demonstrate a continuing need.**

                    ☐     Assets

                    ☐     Property Ownership

                    ☐     Gift Income

                    ☐     Other: _____

___      **3.**     **Criminal background check:**

                    _____

 X    **4.**      **Your application and/or documentation has been found to include inconsistent information.**

In your appeal letter  you indicated that you receive 10,000 in gift income with no proof of said income being received and a letter was provided during the processing of your application that indicates a total of 1,000 monthly in gift income which equals to 12,000 not 10,000. The letter does not appear properly signed by the gift giver and it is not notarized in addition to no substantial evidence to prove that you are in receipt of this income for at least 6 months. Information being provided is inconsistent.

___    **5.**      **You do not meet the definition of a household established by the Agencies.** Therefore, you do not qualify for this program.

___    **6.**      **Your appeal and/or supporting documents were not submitted within the appeal period of 10 business days.**

___    **7.**      **Failure to submit documentation by the deadline or failure to submit sufficient or complete documentation.**

___    **8.**      **Credit and housing court history\***

☐  For-cause eviction(s) within last 12 months. Case index #: _____

☐  Bankruptcy filed within last 12 months

☐  Delinquencies, collections, money judgments, and liens exceed $5,000

Please note that the City of New York has established Financial Empowerment Centers that offer free counseling to help you in improving your credit. A counselor can also help you deal with your debt and debt collectors and how to save for your monthly rent. We encourage you to call 311 to make a free appointment with a counselor so that you are better prepared for future housing lotteries.

___    **9.**      **Other:**

If you believe your appeal has been rejected in error, you may submit a complaint to the agency indicated at the bottom of the page, in writing, within five (5) business days of the postmark date of this letter.

ENGLISH APPEAL REJECTION NOTICE



**Department of**
**Housing Preservation**
**& Development**
nyc.gov/hpd

Office of Asset & Property
Management
Division of Housing Opportunity &
Program Services
100 Gold Street
New York, N.Y. 10038

**LOUISE CARROLL**
Commissioner

**EVA TRIMBLE**
Executive Deputy Commissioner

**A. A. HENDRICKSON**
Deputy Commissioner

**MARGARET BROWN**
Associate Commissioner

July 9, 2019

Abraham Gross
40 West 77th Street
Apt 10C
New York, NY 10024

Re: Waterline Square. Log #5695

Dear Abraham Gross:

This letter is in response to the correspondence you filed with the City of New York Department of Housing Preservation and Development (HPD) regarding your application to: Waterline Square, which is a privately-owned development located in Manhattan. The lottery and lease up process for the affordable units are monitored by HPD.

Please be advised that tenant selection is the responsibility of the building owners and managing agents. As the supervising agency, HPD reviews requests by applicants to determine if there are any grounds to question or intervene in their decision using the information that was available to either the building owner or managing agent at the time of an applicant's submission.

HPD requested your file from management and reviewed it in its entirety. The primary reason for your rejection was that your household did not meet the minimum income required.

An applicant may have a combination of wages and self-employment income. Such applicants may also have sporadic unemployment income. Their income should be evaluated similarly to the instructions outlined in the self-employment section; however, the evaluation will include both W2 wages and self-employment income.

For applicants with "combination income," the most recent two years of tax returns should be reviewed and evaluated (page 52).

Households receiving gift income exceeding $10,000/year are not eligible unless they would be income-eligible with or without the gift income (page 58).

Based on your file, your 2017 Historical Income is Wages $9,565+ your 2018 Historical Income is Wages $18,685+ Self-Employment $0 + Unemployment Insurance $2,600= $30,850 /2= $15,425

Your gift income is $1,000 x 12= $12,000 and it exceeds the maximum gift income allowed.

The minimum income for a single household at 60%AMI is $37,578

Based on the above information, HPD finds no grounds to interfere in the decision regarding your application for this project.

Please review our Marketing Handbook: http://www1.nyc.gov/assets/hpd/downloads/pdf/developers/marketing-handbook.pdf

In the case that an applicant's income changes after the eligibility appointment (for reasons other than change in household composition and such change impacts their eligibility for the unit for which they are in process, the Marketing Agent will not reconsider the application unless the change is due to an extenuating circumstance (page 42).

All of the applicants to this and similar developments are held to the same standards and subject to the same income calculation criteria.

Thank you for your continued interest in our programs, and we wish you the best success in your apartment search.

Sincerely,

Compliance Reviewer
Marketing and Affordability Oversight Program

Printed on paper containing 30% post-consumer material.

Case 1:20-cv-04515-CM   Document 6   Filed 06/26/20   Page 13 of 21

MARKETING HANDBOOK, SECTION 4: OUTLINE OF PROCEDURES
4-3: The Lottery Process
4-4: Applicant Evaluation and Resident Selection

completion of the paper entry; they will be unable to assist in the actual opening and entry as not to divert their attention from their oversight responsibilities.

6. If more than one day is required for the paper application entry, the Marketing Agent must provide a locker or footlocker that can accommodate a standard combination lock, to secure the applications until entry resumes. The Agency will provide the lock with a combination known only to Agency staff. The Marketing Agent will store this locker or footlocker in a location approved by the Agency monitor. Subsequent days of opening and logging must also occur under Agency supervision.

7. The Marketing Agent must ensure that all paper and digital applications and applicant personal information are stored securely and kept on file for five years.

## C.  LOG GENERATION

1. Once all paper applications have been entered, the Housing Connect system randomizes both online and paper applications, which generates an electronic log. The randomization and log generation generally takes approximately ten business days.

2. The electronic log will be made available to the Marketing Agent for download from the Housing Connect website. The Marketing Agent will work off of this log to evaluate applicants and select residents.

## 4-4   Applicant Evaluation and Resident Selection

The Marketing Agent will have primary responsibility for applicant evaluation and resident selection. The Marketing Agent must select all prospective residents from the lottery log in numerical order, with exceptions only for permitted set-asides and preferences, which are outlined below. (See Section 4-4.B, "Order of Processing," or Section 5-1, "Set-Asides and Preferences.")

## A.   INELIGIBILITY POLICIES

1. An applicant shall not be rejected for any reason that is not consistent with the rejection criteria stated in the Marketing Plan and Agency selection policies (see Section 5, "Detailed Selection Policies"). The selection and rejection criteria outlined in the Marketing Plan must be approved by the

 

## ATTACHMENT B: MARKETING PLAN SUMMARY

It is recognized that the Agency and the owner have a mutual interest in ensuring that the marketing program is consistent with the Agency's program standards and regulatory provisions and that the rental or sale of the units is accomplished in a manner which advances the policy objectives of the program involved. The primary objective of the marketing and lease-up or sales effort will be to ensure that the process is fair and provides equal opportunity to all applicants, regardless of race, color, religion, gender, sexual orientation, gender identity or expression, national origin, age, genetic information, disability, or veteran status. In addition, the process should affirmatively further fair housing by promoting racial, ethnic, and income diversity among residents and within the neighborhood, and by providing applicants with mobility, visual or hearing disabilities that require accessible/adaptable units priority for those units. However, while the Agency has set forth general principles relating to the marketing and management process of the units, the owner will have primary authority and responsibility for the marketing and lease-up of each Project. The owner also needs to be aware of its responsibility to comply with all fair housing and equal opportunity and other governmental requirements as may be applicable.

This Summary Sheet may be utilized to outline the major components of your Marketing Plan. You may feel free to call the Agency to discuss any questions you may have in preparing your Marketing Plan.

A. **Owner**

Name: RCB 1 Affordable LLC, RCB 3 Affordable LLC, and RCB 4 LLC C/O GID Investment Advisors LLC, 125 High Street, Boston MA 02110

Address: 1345 Avenue of the Americas, Suite 1200, New York, NY, 10105

Phone Number: 212-878-3617

Email Address: JGagnier@GID.com

B. **Project**

Name: Waterline Square

Address: 675 West 59th Street | 400 West 59th Street | 645 West 59th Street, New York, NY, 10023

| Rentals | | |
|---|---|---|
| Size | # of Units | Initial Rents |
| 0 BR | 43 | $1041 |
| 1 BR | 59 | $1117 |
| 2 BR | 162 | $1350 |
| 3 BR | 5 | $1553 |

C. **Marketing Agent (In House, Third Party, or Affiliate)**

Name: Michael Rosen

Company: Common Ground Management Corp. ("Breaking Ground")

Address: 505 8th Avenue, 12th Floor, New York, NY, 10018

Phone: 212-389-9345



ATTACHMENT

**APPELLANT'S NOTE: INCONSISTENT INFORMATION IS NOT AN AUTHORIZED CRITERIA FOR REJECTION AND IS UNLAWFUL PER SE**

For units with income limits set at or below 80% of New York City's Area Median Income (AMI) level, the fee is not to exceed $25 per application (for households with 1 or 2 adult members), or $50 (for households with 3 or more adult household members).

L.  **Program Eligibility Criteria**
Please complete and attach *Apartment Distribution Chart (Attachment U)*.

M.  **Resident Selection Criteria**
1. Refer to the Marketing Handbook for selection criteria requirements. Please check all those that apply and provide additional details below.

[x] Income Eligibility*                      [x] *Credit and Housing Court History****

[x] Student Status (e.g., IRS projects)      [x] Other (specify):

[x] *Criminal Background Checks***

[x] Falsification of Information

2. **Income Verification – Pay Stubs**

* Please indicate how many pay stubs you will initially request from applicants to verify their income (check one):

[ ] Four

[x] Six

Regardless of whether four or six pay stubs are requested, applicants may be asked to provide additional pay stubs to help confirm patterns or variations.

3. **\*\*Criminal Background Check is mandatory.**

A. When rejecting an applicant based on a criminal background check, you must indicate the reasons the applicant is being rejected.

B. **A prior conviction of fraud in connection to any governmental housing program is a reason for <u>mandatory</u> rejection.**

C. Any rejection based on criminal justice information, pursuant to the Marketing Plan, must be consistent with current HUD guidance (available at www.hud.gov). At publication of this Handbook, HUD guidance was 4/4/2016 *HUD Office of General Counsel Guidance on Application of Fair Housing Act Standards to the Use of Criminal Records by Providers of*





**From:** Pell, Shatara (HPD) <PellS@hpd.nyc.gov>
**Sent:** Monday, July 8, 2019 11:05:20 AM
**To:** Teresa Palmieri; Dormi, Nidia (HPD); Vanessa Cucurullo; Stephanie Labarta; Sasha Williams; Jon Lee
**Cc:** Mombrun, Gabriel (HPD); Morgan, Monica (HPD); Hernandez, Victor (HPD); Lugo, Edwin (HPD)
**Subject:** RE: ▉▉▉▉▉▉▉ waterline Square | Log ▉▉▉

Hi Teresa,

This file is out of order with skewed documents. The way this file was sent is completely tossed around and unprofessional and it needs to be resent in a decent order. I'm really confused, does Breaking Ground review the files they send to us?

Thank You,

Shatara Pell | Deputy Director | Marketing and Affordability Oversight Program
NYC Department of Housing Preservation & Development
212-863-6211



**From:** Pell, Shatara (HPD) <PellS@hpd.nyc.gov>
**Sent:** Monday, July 8, 2019 11:05:20 AM
**To:** Teresa Palmieri; Dormi, Nidia (HPD); Vanessa Cucurullo; Stephanie Labarta; Sasha Williams; Jon Lee
**Cc:** Mombrun, Gabriel (HPD); Morgan, Monica (HPD); Hernandez, Victor (HPD); Lugo, Edwin (HPD)
**Subject:** RE: ▇▇▇▇▇▇▇ waterline Square| Log ▇▇▇

Hi Teresa,

This file is out of order with skewed documents. The way this file was sent is completely tossed around and unprofessional and it needs to be resent in a decent order. I'm really confused, does Breaking Ground review the files they send to us?

Thank You,

Shatara Pell | Deputy Director | Marketing and Affordability Oversight Program
NYC Department of Housing Preservation & Development
212-863-6211

**Michel Acevedo, current resident in affordable housing unit at Waterline Square, also lives in a rent stabilized apartment at 126 W 83 Street, and in affordable unit at 66 W 94, where the entire building is owned and managed by HPD. Previously lived in a building 3521 Deklab Ave- where all 72 units are rent stabilized. This is an outrageous violation of the HPD Handbook. Upon information and belief, Mr. Acevedo is another Waterline Square hispanic applicant given preferential treatment and the right to violate HPD regulations.**

## Michel Acevedo #831, Waterline Square



**WATERLINE SQUARE CURRENT AFFORDABLE HOUSING APARTMENT**



**66 W 94 St**
**Building Owned By New York City Housing Agencies Since 1973**
**3521 Dekalb Ave**
**Entire Building is Rent Stabilized, previously Owned by the**
**126 W 83: HPD-Affiliated Building, majority of units are rent stabilized**



| Tatyana Maldonado | New York NY |

# Tatyana Maldonado

**WATERLINE SQUARE**
**AFFORDABLE HOUSING UNIT #433**

**314 E 100 St**
**PROPERTY IS OWNED**
**BY HPD- ALL**
**81 UNITS RENT STABILIZED UNITS**

**CURRENT ADDRESSES**

400 W 61st St Apt 433
New York NY 10023-0198
Neighborhood: Upper Manhattan

314 E 100th St Apt 2p
New York NY 10029-6617
Neighborhood: Upper Manhattan





# Savoy Park

45 W 139th Street, Manhattan, NY 10037

**PROPERTY TYPE:**
Affordable, Preservation

**NUMBER OF UNITS:**
1,800

**PROPERTY SIZE:**
1,034,818 SF

Savoy Park is an 1,800-unit rental property located in Central Harlem. Over half of the apartments at Savoy Park are income restricted and every unit is rent-regulated, ensuring that the community remains affordable long-term. The 13-acre campus occupies the block where the Savoy Ballroom once stood, where legends like Ella Fitzgerald, Duke Ellington and Count Basie once played. Originally constructed in 1959, each 17-story elevator building features newly renovated apartments with modern kitchens and bathrooms within large, flexible layouts. Many units showcase stunning views of the East River, Manhattan skyline, and other notable landmarks like Yankee Stadium and the George Washington Bridge.

Savoy Park



**Victor M Hernandez** | New York, New York

**Age: 62**

**Relatives:** Walter A Hernandez, Amanda M Hernandez, Guillermo A Hernandez

**Phone Number:** 718-892-8167, 646-329-5032

**Email:** vict****@aol.com, victor_fo********@yahoo.com

**Addresses:** 15 W 139th St Apt 15m, New York, NY; 252 E 4th St Apt 4a, New York, NY; 1610 Metropolitan Ave, Bronx, NY

**Previous Locations:** Brooklyn, NY

**Job Title:** Director Of Marketing And Affordability Oversight at New York City Department Of Housing Preservation And Development