UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM GROSS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

20-CV-4515 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

On June 25, 2020, the Court dismissed the complaint without prejudice as duplicative of Plaintiff's pending complaint under case number 20-CV-4340. On July 6, 2020, the Court denied Plaintiff's request for reconsideration of the dismissal order. But on the same day, Plaintiff submitted to the Court a request for an order to show cause seeking preliminary injunctive relief. (ECF No. 8.) As this case is closed, the Court denies Plaintiff's request for an order to show cause as moot.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. All other pending matters are terminated. As provided in the July 6, 2020 order, the Court will not accept further documents under this docket number expect for those directed to the United States Court of Appeals for the Second Circuit. (*See* ECF No. 7.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 7, 2020
          New York, New York

                                                     COLLEEN McMAHON
                                            Chief United States District Judge